IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZAKKERY CROCKER and BRANDON
WOMACK, Individually and on Behalf
Of All Other Similarly Situated                                    PLAINTIFFS

v.                          No. 3:17-cv-191-DPM

CITY OF LEACHVILLE, ARKANSAS                                       DEFENDANT

## ORDER

With Magistrate Judge Volpe's help, the parties have settled their dispute. Congratulations. The Amended Final Scheduling Order, № 29, is suspended. Joint motion with proposed settlement, and supporting papers, due by 27 November 2018 for review. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2018