IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ZAKKERY CROCKER and BRANDON**                                **PLAINTIFFS**
**WOMACK, Individually and on**
**Behalf of All Others Similarly Situated**


vs.                                    No. 3:17-cv-191-DPM


**CITY OF LEACHVILLE, ARKANSAS**                                **DEFENDANT**


**JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION**
**SETTLEMENT AND FOR DISMISSAL OF LAWSUIT WITH PREJUDICE**

COME NOW Plaintiffs Zakkery Crocker and Brandon Womack, individually and on behalf of all others similarly situated, by and through their attorneys Stacy Gibson and Josh Sanford of Sanford Law Firm, PLLC, and Defendant City of Leachville, Arkansas, by and through its attorney Sara Monaghan of the Arkansas Municipal League, and for their Joint Motion for Approval of FLSA Collective Action Settlement and for Dismissal of Lawsuit with Prejudice, they do hereby state and allege as follows:

1.      Plaintiffs filed suit against the Defendant asserting individual and collective action claims for alleged violation of the Fair Labor Standards Act ("FLSA") arising out of alleged misclassification of Defendant's law enforcement officers as exempt from the FLSA's overtime pay requirements. Plaintiffs also asserted individual claims under the Arkansas Minimum Wage Act. No class claims were pled.  ECF No. 1.

2.      On 20 August 2018, the Court granted Plaintiffs' request for conditional certification of the following collective action group:   All salaried law enforcement

Page 1 of 5
**Zakkery Crocker and Brandon Womack v. City of Leachville**
**U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-191-DPM**
**Joint Motion for Approval of FLSA Collective Action Settlement**

officers below the rank of chief employed by Leachville at any time since 17 July 2014. ECF No. 35.

3. The parties have reached an agreement to settle the overtime claims of the collective action group of law enforcement officers below the rank of chief, subject to this Court's approval of the Settlement Agreement, attached hereto as Exhibit 1.

4. The parties believe the Settlement Agreement is fair, reasonable, and adequate.

5. The settlement, if approved, will result in notification to the Settlement Collective Action Members of their rights to participate in the settlement and claim their offered individual amounts calculated in the manner set forth in the Settlement Agreement, as reflected in the attached allocation spreadsheet attached hereto as Exhibit 2.

6. The parties also request that the Court review and approve the Settlement Agreement, and review and approve the proposed Notice of Settlement and Consent form (attached as Exhibit 3).

7. The parties proposed that Counsel for Plaintiff will send the Notice and Consent via U.S. Mail and Text message and Settlement Collective Action Members will have sixty days from the date of first mailing of the Notice within which to return their Claim forms to Plaintiffs' Counsel.

8. Upon notice to the Court of final payment by counsel for Plaintiffs, the case should be dismissed with prejudice.

9. A brief in support of this motion is being filed concurrently with this motion.

Page 2 of 5
Zakkery Crocker and Brandon Womack v. City of Leachville
U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-191-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

WHEREFORE, for the reasons stated above, the parties respectfully request the Court approve the Settlement Agreement and proposed Notice of Settlement and Consent form, approve of the method of distribution via mail and text message, for dismissal of this case with prejudice after final payment has been made; and for all other just and proper relief.

**Page 3 of 5**
**Zakkery Crocker and Brandon Womack v. City of Leachville**
**U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-191-DPM**
**Joint Motion for Approval of FLSA Collective Action Settlement**

        Respectfully submitted,

        **ZAKKERY CROCKER and**
        **BRANDON WOMACK, Individually**
        **and on Behalf of All Others**
        **Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        ONE FINANCIAL CENTER
        650 SOUTH SHACKLEFORD, SUITE 411
        LITTLE ROCK, ARKANSAS 72211
        TELEPHONE: (501) 221-0088
        FACSIMILE: (888) 787-2040

By:    Stacy Gibson
        Ark. Bar No. 2014171
        stacy@sanfordlawfirm.com

and   */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and   **CITY OF LEACHVILLE,**
        **ARKANSAS, DEFENDANT**

        ARKANSAS MUNICIPAL LEAGUE
        POST OFFICE BOX 38
        NORTH LITTLE ROCK, ARKANSAS 72115
        TELEPHONE: (501) 978-6122
        FACSIMILE: (501) 537-7262

By:    _____
        Sara Monaghan
        Ark. Bar No. 2005276
        smonaghan@arml.org

Page 4 of 5
Zakkery Crocker and Brandon Womack v. City of Leachville
U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-191-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing JOINT MOTION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Sara Monaghan, Esq.
P.O. Box 38
North Little Rock, AR 72115
Telephone: 501-978-6122
Facsimile: 501-537-7262
smonaghan@arml.org

*/s/ Josh Sanford*
**Josh Sanford**

**Page 5 of 5**
**Zakkery Crocker and Brandon Womack v. City of Leachville**
**U.S.D.C. (E.D. Ark.) Case No. 3:17-cv-191-DPM**
**Joint Motion for Approval of FLSA Collective Action Settlement**