IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZAKKERY CROCKER and BRANDON
WOMACK, Individually and on Behalf
Of All Others Similarly Situated                                    PLAINTIFFS

v.                              No. 3:17-cv-191-DPM

CITY OF LEACHVILLE, ARKANSAS                                  DEFENDANT

ORDER

1. The joint motion to approve the settlement, № 41, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of disputed issues about the wage-related facts. Group counsel's billing records show that, given the work done, the lawyers' fees are fair and reasonable, too.

2. The Court approves the form and substance of the proposed notice and consent/claims documents, which are clear and concise, with these tweaks: the settlement agreement itself (№ 41-1), the payment spreadsheet (№ 41-2), and this Order should be sent to the group members; add references to these documents in the notice; and update all dates, of course. The Court also approves the methods of distributing notice of this deal. Joint report on settlement distribution

distribution due by 8 February 2019, and every thirty days thereafter, until complete consummation. The Court will dismiss the complaint with prejudice after final payment is made.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*10 January 2019*