IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZAKKERY CROCKER and BRANDON
WOMACK, Individually and on Behalf
Of All Others Similarly Situated                               PLAINTIFFS

v.                          No. 3:17-cv-191-DPM

CITY OF LEACHVILLE, ARKANSAS                                   DEFENDANT

## ORDER

The Court appreciates the parties' joint status report, № 51. The parties did well in distributing payments and finalizing the settlement. The Court will therefore dismiss the case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 March 2019