IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZAKKERY CROCKER and BRANDON
WOMACK, Individually and on Behalf
Of All Others Similarly Situated                                         PLAINTIFFS

v.                         No. 3:17-cv-191-DPM

CITY OF LEACHVILLE, ARKANSAS                                  DEFENDANT

## JUDGMENT

The case is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

12 March 2019